Certificate Number: 20102-PAW-DE-039444680

Bankruptcy Case Number: 25-20448



20102-PAW-DE-039444680

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 15, 2025, at 8:23 o'clock AM EDT, Michael Sutton completed a course on personal financial management given by internet by 1stopbk.com Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: March 15, 2025

By: /s/Marcy Walter

Name: Marcy Walter

Title: President-Manager